IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA BARAHONA, | No. C-08-4801 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant / | |

On December 8, 2008, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendant to submit, no later than December 19, 2008, a chambers copy of the Notice of Removal.

**IT IS SO ORDERED.**

Dated: December 10, 2008

MAXINE M. CHESNEY
United States District Judge