1
2                       IN THE UNITED STATES DISTRICT COURT
3
                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
4
5
ALICIA BARAHONA,
6                                                   No. CV-08-4801 MMC
7            Plaintiff,
                                                    **JUDGMENT IN A CIVIL CASE**
8      v.
9
UNITED STATES OF AMERICA,
10
             Defendant.
11                                           /
12
     **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues
13
have been tried and the jury has rendered its verdict.
14
     **(X)  Decision by Court.** This action came to trial or hearing before the Court. The
15
issues have been tried or  heard and a decision has been rendered.
16
     **IT IS SO ORDERED AND ADJUDGED** the United States' motion is hereby
17
GRANTED, and the instant action is hereby DISMISSED, without prejudice to plaintiff's
18
filing a new action after the exhaustion of her administrative remedies.
19
20
21   Dated: February 9, 2009                        Richard W. Wieking, Clerk
22                                                  *Tracy Lucero*
23                                                  By: Tracy Lucero
                                                    Deputy Clerk
24
25
26
27
28